Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com

Attorney for Plaintiff MARCIE RENEE LAMADRID

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE RENEE LAMADRID, <br> Plaintiff, <br> v. <br> MARTIN O'MALLEY <br> Commissioner of Social Security, <br> Defendant | CASE NO. 2:24−cv−01101−DB SS <br><br> [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE |

Based upon the parties' Stipulation for Extension of the Briefing Schedule, and for good cause shown, **IT IS ORDERED** that Plaintiff shall have a twenty-three-day extension, from July 10, 2024 to August 2, 2024, in which to submit his Brief in support of the Complaint. All other dates in the Court's Scheduling Order are extended accordingly.

Dated: July 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
lama24cv1101.eot