PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4836
      E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE RENEE LAMADRID,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-01101-DAD-SCR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days, from September 4, 2024, to October 4, 2024.  This is the Defendant's first request for an extension.  Defendant requests this extension in the hopes that the parties will be able to settle the merits by stipulation.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.  Plaintiff's optional reply would be due 14 days after Defendant's Motion.

//

//

Respectfully submitted,

Dated:  September 4, 2024

*Sima Aghai**
(*as authorized via e-mail)
Sima Aghai
Attorney for Plaintiff

Dated: September 4, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/  Michael K. Marriott
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 4, 2024, to respond to Plaintiff's Motion for Summary Judgment.

DATED: September 6, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE